UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR13-0071JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOSEPH L. GARCIA, | |
| Defendant. | |

This matter comes before the court upon Defendant Garcia's Second Motion for Reconsideration. (Mot. (Dkt. # 197).) Mr. Garcia asks the court to reconsider its Order (8/13/20 Order (Dkt. # 196)) denying his First Motion for Reconsideration (Dkt. # 195) of the court's Order (7/8/20 Order (Dkt. # 194)) denying his Motion for Compassionate Release (Dkt. # 169).

In its Order Denying Compassionate Release, the court explained its reasons for denying Mr. Garcia's original Motion. (*See* 7/8/20 Order.) Mr. Garcia states that he has now exhausted his administrative remedies. (*See generally* Mot.) Regardless of this

ORDER - 1

assertion, Mr. Garcia has not shown extraordinary and compelling reasons to grant his request for compassionate release.

For those reasons, Defendant's Second Motion for Reconsideration is DENIED.

Dated this 5th day of March, 2021.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge