UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br><br>JOSEPH L. GARCIA,<br><br>                Defendant. | CASE NO. CR13-0071JLR<br><br>ORDER ON REQUEST FOR JUDICIAL RECOMMENDATION |

Before the court is pro se Defendant Joseph L. Garcia's request for a judicial recommendation regarding his halfway house placement. (Request (Dkt. # 205).) Mr. Garcia asks the court to recommend to the Bureau of Prisons ("BOP") that it allow him to serve up to twelve months in a halfway house rather than the 121 to 151 days that the BOP has determined is appropriate in his case. (*See id.*) He explains that he believes that more time in a halfway house will give him the opportunity to "get into a program and routine" and that he is "truly trying to succeed" after his release and not return to prison as he has in the past. (*Id.*)

ORDER - 1

1     The Supreme Court has made clear that "[w]hen a court sentences a federal
2 offender, the BOP has plenary control, subject to statutory constraints, over 'the place of
3 the prisoner's imprisonment,' and the treatment programs (if any) in which he may
4 participate." *Tapia v. United States*, 564 U.S. 319, 331 (2011).  The sentencing judge can
5 make a judicial recommendation to the BOP but ultimately, "decisionmaking authority
6 rests with the BOP." *Id.*  Accordingly, pursuant to its discretionary authority to make a
7 non-binding recommendation to the BOP, *see United States v. Ceballos*, 671 F.3d 852,
8 856 n.2 (9th Cir. 2011), the court RECOMMENDS to the BOP that it place Mr. Garcia in
9 a halfway house for a period of six months.

    Dated this 10th day of November, 2021.

_____
JAMES L. ROBART
United States District Judge