The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH L. GARCIA, <br><br> Defendant. | NO. CR13-0071 JLR <br><br> ORDER GRANTING DEFENDANT'S MOTION TO SEAL DOCUMENT |

**THIS MATTER** comes before the Court on the defendant's motion to seal document "Exhibit 1" [Dkt. 230] to his Disposition Memorandum [Dkt. 228]. The Court has reviewed the motion and finds that the document shall be filed under seal pursuant to CrR 49.1(d)(6).

**IT IS HEREBY ORDERED** that document "Exhibit 1" [Dkt. 230] to his Disposition Memorandum [Dkt. 228] be filed under seal.

DONE this 24th day of May, 2024.

_____
The Honorable James L. Robart
United State District Court Judge

Presented by:
/s/ Thomas D. Coe
By:
THOMAS D. COE
Email: tomdcoe@gmail.com
Attorney for Defendant

ORDER GRANTING MOTION TO SEAL DOCUMENT
*U.S.A. v. Garcia, CR13-0071 JLR*

Page - 1

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816