The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH L. GARCIA,<br><br>　　　　Defendant. | NO.  CR13-0071 JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR DEFENDANT'S COUNSEL TO WITHDRAW |

　　　THIS MATTER comes before the court upon the motion of the defendant's counsel to withdraw.  The court finds the defendant has been properly served.

　　　IT IS HEREBY ORDERED that Thomas D. Coe is permitted to withdraw as counsel herein.

　　　DONE this 21st day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　/s/ James L. Robart
　　　　　　　　　　　　　　　　　　　　　　　The Honorable James L. Robart
　　　　　　　　　　　　　　　　　　　　　　　United State District Court Judge

ORDER ON MOTION FOR DEFENDANT'S COUNSEL TO WITHDRAW
Page - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

Presented by:

/s/ Thomas D. Coe
By:_____
THOMAS D. COE WSB #23689
Email: tomdcoe@gmail.com
Attorney for Defendant

ORDER ON MOTION FOR DEFENDANT'S COUNSEL TO WITHDRAW
Page - 2

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816